**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D    +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

• •  **Salans FMC SNR Denton McKenna Long**
dentons.com

## MEMO ENDORSED

> The application is granted.  However, no further extensions or stay will be granted absent a showing of good cause.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 25, 2020
> New York, New York

June 25, 2020

<u>VIA ECF</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re:    *Williams v. Core Health & Fitness, LLC*: Case No. 1:20-cv-1734-ER

Dear Judge Ramos:

We represent defendant Core Health & Fitness, LLC. ("Defendant") in the above-referenced matter. Together with Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and use of judicial resources. Once these efforts are complete, the parties promptly will file a stipulation of voluntary dismissal.

We thank the Court for its courtesies and consideration.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:    All counsel of record (by ECF)